UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

### Case Number:  15-62452-CIV-MARTINEZ-GOODMAN

SHIPPING and TRANSIT, LLC,

      Plaintiff,

vs.

EYEBUYDIRECT, INC.,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiffs' Notice of Dismissal with Prejudice [D.E. No. 9].  It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of January, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record